# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MATTHEW JOHN CAUSEY,

     Petitioner,

vs.

E. K. MCDANIEL, et al.,

     Respondents.

Case No. 3:06-CV-00311-LRH-(RAM)

**ORDER**

     Petitioner has submitted a Motion for Leave in Order to File Response to Respondents Answer to Complaint, and Request to Review to Petitioner's Request for Appointment of Counsel (#20). The Court did consider Petitioner's Motion for the Appointment of Counsel (#6) and denied it. Order (#5). Nothing in Petitioner's current Request would cause the Court to change its conclusion. Given Petitioner's recent transfer to a different facility, the Court will give him extra time to file a reply to the Answer (#14).

///
///
///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that Petitioner's Motion for Leave in Order to File

2  Response to Respondents Answer to Complaint, and Request to Review to Petitioner's Request for

3  Appointment of Counsel (#20) is **GRANTED** in part.  Petitioner shall have through February 29,

4  2008, to file and serve a reply to the Answer (#14).  Plaintiff's Request for appointment of counsel

5  is **DENIED**.

6    DATED this 14th day of January, 2008.

7

8

9    _____

10    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-