AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MATTHEW JOHN CAUSEY,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-CV-00311-LRH-RAM**

E. K. MCDANIEL, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (#8) is **DENIED**.

| April 3, 2008 | **LANCE S. WILSON** |
| --- | --- |
|  | Clerk |
|  | /s/ Daniel R. Morgan |
|  | Deputy Clerk |